Certificate Number: 13858-PAE-DE-032698425

Bankruptcy Case Number: 19-10462



13858-PAE-DE-032698425

# C**ERTIFICATE** O**F** D**EBTOR** E**DUCATION**

I CERTIFY that on April 20, 2019, at 3:01 o'clock PM EDT, Thomas Jefferson completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 20, 2019    By:   /s/Victoria Tzitzis

Name:   Victoria Tzitzis

Title:   Counselor