# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas C. Jefferson <br>     Debtor(s) <br><br> BANK OF AMERICA, N.A., its successors and/or assigns <br>     Movant <br><br> vs. <br><br> Thomas C. Jefferson <br>     Debtor(s) <br><br> Scott Waterman <br>     Trustee | CHAPTER 13 <br><br> NO. 19-10462 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of BANK OF AMERICA, N.A., which was filed with the Court on or about **April 9, 2019, docket number 12**.

Respectfully submitted,

By: **/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
Attorney for Movant/Applicant

September 19, 2019