**United States Bankruptcy Court**
**Eastern District of Pennsylvania, Reading Division**

IN RE:                                                          Case No. **19-10462-ref**

**Jefferson, Thomas C.**                                        Chapter **13**
_____
Debtor(s)

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):
**Application for Professional Compensation**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, electronically or by first class mail, postage prepaid, on this **8th** day of **October**, **2019**.

/s/ *Michael J McCrystal*
Michael J McCrystal 55064
McCrystal Law Offices
151 Main St Ste A
Emmaus, PA 18049-4026
(610) 262-7873  Fax: (610) 262-2219
mccrystallaw@gmail.com

© 2019 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Jefferson, Thomas C.
110 Thomas Dr
Easton, PA 18040-8776

BAC Home Loans Serv LP
4909 Savarese Cir
Tampa, FL 33634-2413

Chase Card
PO Box 15298
Wilmington, DE 19850-5298

Department of Education/NelNet
3015 S Parker Rd Ste 400
Aurora, CO 80014-2904

Discover Financial Services
PO Box 15316
Wilmington, DE 19850-5316

EOS CCA
PO Box 981008
Boston, MA 02298-1008

Nationstar Mortgage LLC
8950 Cypress Waters Blvd
Dallas, TX 75063

Navient
123 S Justison St Fl 3
Wilmington, DE 19801-5360

Navient
123 S Justison St Fl 3
Wilmington, DE 19801-5360

Navient
123 S Justison St Fl 3
Wilmington, DE 19801-5360

Navient
123 S Justison St Fl 3
Wilmington, DE 19801-5360

Navient
123 S Justison St Fl 3
Wilmington, DE 19801-5360

Navient
123 S Justison St Fl 3
Wilmington, DE 19801-5360

Navient
123 S Justison St Fl 3
Wilmington, DE 19801-5360

Pressler, Felt & Warshaw, LLP
7 Entin Rd
Parsippany, NJ 07054-5020

Pressler, Felt & Warshaw, LLP
7 Entin Rd
Parsippany, NJ 07054-5020

Pressler, Felt & Warshaw, LLP
7 Entin Rd
Parsippany, NJ 07054-5020

Pressler, Felt & Warshaw, LLP
7 Entin Rd
Parsippany, NJ 07054-5020

Pressler, Felt & Warshaw, LLP
7 Entin Rd
Parsippany, NJ 07054-5020

Pressler, Felt & Warshaw, LLP
7 Entin Rd
Parsippany, NJ 07054-5020

Pressler, Felt & Warshaw, LLP
7 Entin Rd
Parsippany, NJ 07054-5020

Seka Alford
155 W Kleinhans St
Easton, PA 18042-6647

© 2019 CINgroup 1.866.218.1003 - CINcompass (www.cincompass.com)