IN RE: Thomas C. Jefferson

IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CASE NO. 19-10462-elf
Chapter 13

## *ORDER*

AND NOW, this **14th day of November 2019**, upon consideration of the Application for Compensation of Michael J. McCrystal, Esquire, attorney for the debtors, and there being no objection thereto, IT IS **ORDERED** that

1. Michael J. McCrystal, Esquire is **ALLOWED** compensation of $4,450.00.

2. The Trustee may distribute the allowed compensation, less $1,200.00 already received by counsel as an administrative expense

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**