United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Thomas C. Jefferson  
     Debtor

Case No. 19-10462-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: DonnaR    Page 1 of 1    Date Rcvd: Nov 14, 2019  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2019.  
db          Thomas C. Jefferson,    110 Thomas Dr,    Easton, PA   18040-8776

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2019 at the address(es) listed below:  
        KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com  
        MICHAEL J. MCCRYSTAL    on behalf of Debtor Thomas C. Jefferson mccrystallaw@gmail.com, sueparalegal@gmail.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
        ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com  
        SCOTT   WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com  
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                          TOTAL: 7

| | |
|---|---|
| IN RE: Thomas C. Jefferson | IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA |
| | CASE NO. 19-10462-elf<br>Chapter 13 |

## *ORDER*

AND NOW, this **14th day of November 2019**, upon consideration of the Application for Compensation of Michael J. McCrystal, Esquire, attorney for the debtors, and there being no objection thereto, IT IS **ORDERED** that

1. Michael J. McCrystal, Esquire is **ALLOWED** compensation of $4,450.00.

2. The Trustee may distribute the allowed compensation, less $1,200.00 already received by counsel as an administrative expense

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**