| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-10462-PMM**

THOMAS C. JEFFERSON
110 THOMAS DR
EASTON  PA   18040-8776

Petition Filed Date: 01/26/2019
341 Hearing Date: 03/05/2019
Confirmation Date: 09/24/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/19/2019 | $500.00 | | 03/18/2019 | $500.00 | | 04/24/2019 | $500.00 | |
| 05/21/2019 | $500.00 | | 06/19/2019 | $500.00 | | 07/22/2019 | $500.00 | |
| 08/21/2019 | $500.00 | | 09/20/2019 | $500.00 | | 10/23/2019 | $500.00 | 6272634000 |
| 11/18/2019 | $500.00 | 6337335000 | 12/18/2019 | $500.00 | 6413126000 | 01/21/2020 | $500.00 | 6496285000 |
| 02/20/2020 | $700.00 | 6573844000 | 03/23/2020 | $700.00 | 6657001000 | 04/27/2020 | $700.00 | 6738301000 |
| 05/21/2020 | $700.00 | 6805673000 | 06/29/2020 | $700.00 | 6897771000 | 07/20/2020 | $700.00 | 6951367000 |

**Total Receipts for the Period: $10,200.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $10,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | McCRYSTAL LAW OFFICES | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $5,376.29 | $114.98 | $5,261.31 |
| 2 | CHASE BANK USA NA<br>»» 002 | Unsecured Creditors | $6,511.84 | $139.27 | $6,372.57 |
| 3 | NELNET/ECMC<br>»» 003 | Unsecured Creditors | $80,729.35 | $1,726.59 | $79,002.76 |
| 4 | NATIONSTAR MORTGAGE LLC<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | BANK OF AMERICA  N.A.<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | NAVIENT SOLUTIONS INC<br>»» 006 | Unsecured Creditors | $43,623.23 | $932.99 | $42,690.24 |
| 7 | NAVIENT SOLUTIONS INC<br>»» 007 | Unsecured Creditors | $40,028.38 | $856.09 | $39,172.29 |
| 8 | NAVIENT SOLUTIONS INC<br>»» 008 | Unsecured Creditors | $39,657.05 | $848.16 | $38,808.89 |
| 9 | NAVIENT SOLUTIONS INC<br>»» 009 | Unsecured Creditors | $6,177.63 | $132.13 | $6,045.50 |

**Chapter 13 Case No. 19-10462-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,200.00 | Current Monthly Payment: | $700.00 |
| Paid to Claims: | $8,000.21 | Arrearages: | $0.00 |
| Paid to Trustee: | $939.79 | Total Plan Base: | $39,600.00 |
| Funds on Hand: | $1,260.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.