| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-10462-PMM**

THOMAS C. JEFFERSON
110 THOMAS DR
EASTON  PA   18040-8776

Petition Filed Date: 01/26/2019
341 Hearing Date: 03/05/2019
Confirmation Date: 09/24/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/21/2020 | $500.00 | 6496285000 | 02/20/2020 | $700.00 | 6573844000 | 03/23/2020 | $700.00 | 6657001000 |
| 04/27/2020 | $700.00 | 6738301000 | 05/21/2020 | $700.00 | 6805673000 | 06/29/2020 | $700.00 | 6897771000 |
| 07/20/2020 | $700.00 | 6951367000 | 08/21/2020 | $700.00 | 7025412000 | 09/21/2020 | $700.00 | 7099642000 |
| 10/20/2020 | $700.00 | 7169260000 | 11/23/2020 | $700.00 | 7249773000 | 12/22/2020 | $700.00 | 7323264000 |
| 01/22/2021 | $700.00 | 7395132000 | 02/22/2021 | $700.00 | 7464696000 | 03/22/2021 | $700.00 | 7542790000 |
| 04/20/2021 | $700.00 | 7609488000 | 05/17/2021 | $700.00 | 7676073000 | | | |

**Total Receipts for the Period: $11,700.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $17,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | McCRYSTAL LAW OFFICES | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $5,376.29 | $286.30 | $5,089.99 |
| 2 | CHASE BANK USA NA »» 002 | Unsecured Creditors | $6,511.84 | $346.76 | $6,165.08 |
| 3 | NELNET/ECMC »» 003 | Unsecured Creditors | $80,729.35 | $4,298.93 | $76,430.42 |
| 4 | NATIONSTAR MORTGAGE LLC »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | BANK OF AMERICA  N.A. »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | NAVIENT SOLUTIONS INC »» 006 | Unsecured Creditors | $43,623.23 | $2,322.97 | $41,300.26 |
| 7 | NAVIENT SOLUTIONS INC »» 007 | Unsecured Creditors | $40,028.38 | $2,131.54 | $37,896.84 |
| 8 | NAVIENT SOLUTIONS INC »» 008 | Unsecured Creditors | $39,657.05 | $2,111.78 | $37,545.27 |
| 9 | NAVIENT SOLUTIONS INC »» 009 | Unsecured Creditors | $6,177.63 | $328.97 | $5,848.66 |

**Chapter 13 Case No. 19-10462-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,200.00 | Current Monthly Payment: | $700.00 |
| Paid to Claims: | $15,077.25 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,492.75 | Total Plan Base: | $39,600.00 |
| Funds on Hand: | $630.00 | | |

### NOTES:

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.