Michael J. McCrystal, Esquire
326 Main Street, STE 1
Emmaus, Pa 18049
(610) 262-7873

Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

---

Thomas C. Jefferson

Debtor.

Case No. 19-bk-10462-PMM
Chapter 13

---

# ***NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE***

Michael J. McCrystal, Attorney for the Movant, has filed a Motion for Hardship Discharge.

***Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (if you do not have an attorney, you may wish to consult an attorney.)***

1. If you do not want the Court to grant the relief sought in this motion or if you want the Court to consider your views on this Motion, then on or before May 3, 2022, you or your attorney must do ***all*** of the following

   (A) file an answer explaining your position at:

   Clerk, United States Bankruptcy Court for
   The Eastern District of Pennsylvania
   201 Penn Street, STE 103
   Reading, PA 19601

If you mail your answer to the Clerk’s Office for filing, you must mail early enough so that it will be received on or before the date stated above

(B) Mail a copy to the Movant's Attorney:

Michael J. McCrystal, Esquire
326 Main Street, STE 1
Emmaus, PA 18049
(610) 262-7873
(610) 262-2219 (facsimile)

(C) Mail a copy to :

Office of the United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Scott Waterman, Esquire
2901 St. Lawrence Avenue
PO Box 4010
Reading, PA 19606

2. If you or your attorney do not take the steps described in 1(A) and 1(B) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled before the Honorable Patricia M. Mayer on May 5, 2022 at 11:00 AM at Bankruptcy Courtroom United States Bankruptcy Court for the Eastern District of Pennsylvania, Gateway Bldg. 201 Penn Street, 4th Floor, Reading, PA 19601.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you, if you request a copy from the attorney named in paragraph 1(B).

5. You may contact the Bankruptcy Court Clerk's Office at 610-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Respectfully submitted,

/s/ Michael J. McCrystal
Michael J. McCrystal, Esquire