**United States Bankruptcy Court**
**Eastern District of Pennsylvania, Reading Division**

**IN RE:**                                                                                     Case No. **19-10462-ref**

**Jefferson, Thomas C.**                                            Chapter **13**

Debtor(s)

### CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):
**Notice and Motion for Hardship Discharge**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, electronically or by first class mail, postage prepaid, on this __12th__ day of _____**April**_____ , __2022__ .

                                    */s/ Michael J McCrystal*

                                    **Michael J McCrystal 55064**
                                    **McCrystal Law Offices**
                                    **326 Main St Ste 1**
                                    **Emmaus, PA  18049-2739**
                                    **(610) 262-7873  Fax: (610) 262-2219**
                                    **mccrystallaw@gmail.com**

Software Copyright (c) 2022 CINGroup - www.cincompass.com

**Jefferson, Thomas C.**
110 Thomas Dr
Easton, PA  18040-8776

**BAC Home Loans Serv LP**
4909 Savarese Cir
Tampa, FL  33634-2413

**Chase Card**
PO Box 15298
Wilmington, DE  19850-5298

**Department of Education/NelNet**
3015 S Parker Rd Ste 400
Aurora, CO  80014-2904

**Discover Financial Services**
PO Box 15316
Wilmington, DE  19850-5316

**EOS CCA**
PO Box 981008
Boston, MA  02298-1008

**Nationstar Mortgage LLC**
8950 Cypress Waters Bllvd
Dallas, TX  75063

**Navient**
123 S Justison St Fl 3
Wilmington, DE  19801-5360

**Navient**
123 S Justison St Fl 3
Wilmington, DE  19801-5360

**Navient**
123 S Justison St Fl 3
Wilmington, DE  19801-5360

**Navient**
123 S Justison St Fl 3
Wilmington, DE  19801-5360

**Navient**
123 S Justison St Fl 3
Wilmington, DE  19801-5360

**Navient**
123 S Justison St Fl 3
Wilmington, DE  19801-5360

**Navient**
123 S Justison St Fl 3
Wilmington, DE  19801-5360

**Pressler, Felt & Warshaw, LLP**
7 Entin Rd
Parsippany, NJ  07054-5020

**Pressler, Felt & Warshaw, LLP**
7 Entin Rd
Parsippany, NJ  07054-5020

**Pressler, Felt & Warshaw, LLP**
7 Entin Rd
Parsippany, NJ  07054-5020

**Pressler, Felt & Warshaw, LLP**
7 Entin Rd
Parsippany, NJ  07054-5020

**Pressler, Felt & Warshaw, LLP**
7 Entin Rd
Parsippany, NJ  07054-5020

**Pressler, Felt & Warshaw, LLP**
7 Entin Rd
Parsippany, NJ  07054-5020

**Pressler, Felt & Warshaw, LLP**
7 Entin Rd
Parsippany, NJ  07054-5020

**Seka Alford**
155 W Kleinhans St
Easton, PA  18042-6647

Software Copyright (c) 2022 CINGroup - www.cincompass.com