**specialty solutions**

March 30, 2022

Michael McCrystal
326 Main Street, Suite 1
Emmaus, PA 18049

Dear Mr. McCrystal:

This letter is in regards to Mr. Thomas Jefferson (claim #0ab339639). Mr. Jefferson is currently receiving workers' compensation benefits at a rate of $660.97 per week.

If you have any questions or need additional information, please contact me directly at 781.332.9205.

Thank you.

Kristin Ledger
Claims

188 Inverness Drive West, Suite 600
Englewood, CO 80112
intactspecialty.com