**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Thomas C. Jefferson, | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | Bky. No. 19-10462 (PMM) |

------------------------------------------------------------------------------------

## ORDER GRANTING MOTION FOR HARDSHIP DISCHARGE

**AND NOW** upon consideration of the Debtor's Motion for Hardship Discharge (doc. #36);

AND an evidentiary hearing with regard to the Motion having been held and concluded on June 2, 2022;

AND the Debtor having provided sufficient evidence to warrant the relief sought;

BUT the Debtor not having yet filed a certification that he has paid all outstanding domestic support obligations (the "DSO Certification"), see 11 U.S.C. §1328(a);

AND for the reasons stated in open court at the hearing, it is hereby **ordered** that **upon completion of the DSO Certification, the Debtor shall receive a discharge pursuant to 11 U.S.C. §1328(b)**.

Dated: 6/2/22

*Patricia M. Mayer*

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE