**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Thomas C. Jefferson                                              Chapter: 13

        Debtor(s)                                              Bankruptcy No: 19−10462−pmm

---

## *ORDER*

**AND NOW,** the court having granted the debtor(s)' motion for a hardship discharge, it is hereby

**ORDERED that:**

1. 7/8/22 is fixed as the deadline for filing a complaint to determine the dischargeability of any debt pursuant to 11 U.S.C. § 523(a)(6).

2. The Clerk of Court shall send a copy of this order to the debtors, debtors' counsel, Chapter 13 Standing Trustee, all creditors and parties in interest.

3. The case shall remain **OPEN,** pending the completion of case administration by the Chapter 13 Trustee, the expiration of the time deadline set forth in Paragraph 2 and any proceedings commenced under 11 U.S.C. §523(a)(6).

Date: 6/3/22

                                                  Patricia M. Mayer
                                                  Judge , United States Bankruptcy Court