United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10462-pmm |
| Thomas C. Jefferson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 03, 2022 | Form ID: 217 | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Thomas C. Jefferson, 110 Thomas Dr, Easton, PA 18040-8776 |
| 14276889 | + | Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison Texas 75001-9013 |
| 14401724 | #+ | Michael J. McCrystal, Esquire, 151 Main Street, STE A, Emmaus, PA 18049-4026 |
| 14263624 | | Nationstar Mortgage LLC, 8950 Cypress Waters Bllvd, Dallas, TX 75063 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 03 2022 23:48:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14263619 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 03 2022 23:48:00 | BAC Home Loans Serv LP, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14302017 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 03 2022 23:48:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 14263622 | | Email/Text: mrdiscen@discover.com | Jun 03 2022 23:48:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850-5316 |
| 14263621 | | Email/Text: electronicbkydocs@nelnet.net | Jun 03 2022 23:48:00 | Department of Education/NelNet, 3015 S Parker Rd Ste 400, Aurora, CO 80014-2904 |
| 14271613 | | Email/Text: mrdiscen@discover.com | Jun 03 2022 23:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14263623 | | Email/Text: bankruptcydepartment@tsico.com | Jun 03 2022 23:48:00 | EOS CCA, PO Box 981008, Boston, MA 02298-1008 |
| 14263620 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 03 2022 23:56:46 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 14282378 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 03 2022 23:48:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14263625 | + | Email/PDF: pa_dc_claims@navient.com | Jun 03 2022 23:56:46 | Navient, 123 S Justison St Fl 3, Wilmington, DE 19801-5363 |
| 14312421 | | Email/PDF: pa_dc_claims@navient.com | Jun 03 2022 23:56:46 | Navient PC TRUST c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14277323 | + | Email/Text: ECMCBKNotices@ecmc.org | Jun 03 2022 23:48:00 | Nelnet on behalf of COAC, PO Box 16358, St. Paul, MN 55116-0358 |
| 14263626 | | Email/Text: signed.order@pfwattorneys.com | Jun 03 2022 23:48:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |

TOTAL: 13

District/off: 0313-4 User: admin Page 2 of 2
Date Rcvd: Jun 03, 2022 Form ID: 217 Total Noticed: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 05, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com |
| MICHAEL J. MCCRYSTAL | on behalf of Debtor Thomas C. Jefferson mccrystallaw@gmail.com sueparalegal@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Thomas C. Jefferson  Chapter: 13
    Debtor(s)  Bankruptcy No: 19−10462−pmm

___

### ORDER

**AND NOW,** the court having granted the debtor(s)' motion for a hardship discharge, it is hereby

**ORDERED that:**

1. 7/8/22 is fixed as the deadline for filing a complaint to determine the dischargeability of any debt pursuant to 11 U.S.C. § 523(a)(6).

2. The Clerk of Court shall send a copy of this order to the debtors, debtors' counsel, Chapter 13 Standing Trustee, all creditors and parties in interest.

3. The case shall remain **OPEN,** pending the completion of case administration by the Chapter 13 Trustee, the expiration of the time deadline set forth in Paragraph 2 and any proceedings commenced under 11 U.S.C. §523(a)(6).

Date: 6/3/22

        Patricia M. Mayer
        Judge , United States Bankruptcy Court

        45 − 36
        Form 217