United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Thomas C. Jefferson  
    Debtor

Case No. 19-10462-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4       User: admin       Page 1 of 2  
Date Rcvd: Jul 13, 2022       Form ID: 3180WH       Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Thomas C. Jefferson, 110 Thomas Dr, Easton, PA 18040-8776 |
| 14263624 | | Nationstar Mortgage LLC, 8950 Cypress Waters Bllvd, Dallas, TX 75063 |
| 14263625 | + | Navient, 123 S Justison St Fl 3, Wilmington, DE 19801-5363 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jul 13 2022 23:52:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 13 2022 23:53:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14263619 | | EDI: BANKAMER.COM | Jul 14 2022 03:53:00 | BAC Home Loans Serv LP, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14302017 | | EDI: BANKAMER.COM | Jul 14 2022 03:53:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 14276889 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 13 2022 23:52:00 | Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison Texas 75001-9013 |
| 14263622 | | EDI: DISCOVER.COM | Jul 14 2022 03:53:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850-5316 |
| 14263621 | | Email/Text: electronicbkydocs@nelnet.net | Jul 13 2022 23:53:00 | Department of Education/NelNet, 3015 S Parker Rd Ste 400, Aurora, CO 80014-2904 |
| 14271613 | | EDI: DISCOVER.COM | Jul 14 2022 03:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14263623 | | Email/Text: bankruptcydepartment@tsico.com | Jul 13 2022 23:53:00 | EOS CCA, PO Box 981008, Boston, MA 02298-1008 |
| 14263620 | | EDI: JPMORGANCHASE | Jul 14 2022 03:53:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 14282378 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 13 2022 23:52:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14312421 | | EDI: NAVIENTFKASMSERV.COM | Jul 14 2022 03:53:00 | Navient PC TRUST c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14277323 | + | Email/Text: ECMCBKNotices@ecmc.org | Jul 13 2022 23:52:00 | Nelnet on behalf of COAC, PO Box 16358, St. Paul, MN 55116-0358 |
| 14263626 | | Email/Text: signed.order@pfwattorneys.com | Jul 13 2022 23:52:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd, |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jul 13, 2022 | Form ID: 3180WH | Total Noticed: 17

Parsippany, NJ 07054-5020

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14401724 | ##+ | Michael J. McCrystal, Esquire, 151 Main Street, STE A, Emmaus, PA 18049-4026 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 15, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com |
| MICHAEL J. MCCRYSTAL | on behalf of Debtor Thomas C. Jefferson mccrystallaw@gmail.com sueparalegal@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Thomas C. Jefferson<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–0093<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 19–10462–pmm | |

## Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(b) is granted to:

Thomas C. Jefferson

7/13/22                                         **By the court:** Patricia M. Mayer
                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge Before Completion of a Chapter 13 Plan**

The court has determined that the debtors are entitled to a discharge pursuant to 11 U.S.C. § 1328(b) without completing all of the requirements under the chapter 13 plan. A discharge pursuant to § 1328(b) is referred to as a "hardship discharge."

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

**For more information, see page 2 >**

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 hardship discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**