| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-10462-PMM

THOMAS C. JEFFERSON
110 THOMAS DR
EASTON  PA  18040-8776

Petition Filed Date: 01/26/2019
341 Hearing Date: 03/05/2019
Confirmation Date: 09/24/2019

Case Status: Hardship Discharge on 5/25/2022

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/20/2021 | $700.00 | 7609488000 | 05/17/2021 | $700.00 | 7676073000 | 06/28/2021 | $700.00 | 7766275000 |
| 07/26/2021 | $700.00 | 7827832000 | 08/23/2021 | $700.00 | 7896139000 | 09/21/2021 | $700.00 | 7961097000 |
| 10/21/2021 | $700.00 | 8027541000 | 11/16/2021 | $700.00 | 8080323000 | 12/28/2021 | $700.00 | 8165411000 |
| 01/24/2022 | $700.00 | 8224669000 | 02/22/2022 | $700.00 | 8284074000 | 03/15/2022 | $700.00 | 8340431000 |
| 04/27/2022 | $700.00 | 8427093000 | 05/25/2022 | $700.00 | 8485807000 | | | |

**Total Receipts for the Period: $9,800.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $25,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | McCRYSTAL LAW OFFICES | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $5,376.29 | $487.27 | $4,889.02 |
| 2 | CHASE BANK USA NA »» 002 | Unsecured Creditors | $6,511.84 | $590.15 | $5,921.69 |
| 3 | NELNET/ECMC »» 003 | Unsecured Creditors | $80,729.35 | $7,316.52 | $73,412.83 |
| 4 | NATIONSTAR MORTGAGE LLC »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | BANK OF AMERICA N.A. »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | NAVIENT SOLUTIONS INC »» 006 | Unsecured Creditors | $43,623.23 | $3,953.59 | $39,669.64 |
| 7 | NAVIENT SOLUTIONS INC »» 007 | Unsecured Creditors | $40,028.38 | $3,627.75 | $36,400.63 |
| 8 | NAVIENT SOLUTIONS INC »» 008 | Unsecured Creditors | $39,657.05 | $3,594.12 | $36,062.93 |
| 9 | NAVIENT SOLUTIONS INC »» 009 | Unsecured Creditors | $6,177.63 | $559.86 | $5,617.77 |

**Chapter 13 Case No. 19-10462-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,600.00 | Current Monthly Payment: | $700.00 |
| Paid to Claims: | $23,379.26 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,220.74 | Total Plan Base: | $39,600.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.